■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE MARULANDA, Appellant.—Judgment, Supreme Court, New York County (Herman Cahn, J.), rendered on March 10, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kassal, Rosenberger, Ellerin and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNY BROWN, Appellant.—Judgment, Supreme Court, Bronx County (Fred Eggert, J.), rendered on December 4, 1980, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kassal, Rosenberger, Ellerin and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OLBALDO ALBAREZ, Appellant.—Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered on February 17, 1988, unanimously affirmed. The case is remitted to Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sullivan, J. P., Carro, Asch, Milonas and Wallach, JJ.